## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rebecca Castillo

                Plaintiff,

v.                                             Case No.: 1:17–cv–09358

                                                                 Honorable Andrea R. Wood

Dick Blick Holdings, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's Unopposed Motion for extension of time [9] is granted. Defendant shall answer or otherwise plead by 2/26/2018. The motion presentment date of 1/25/2018 is stricken. Parties need not appear. Initial Status hearing set for 2/28/2018 is stricken and reset for 3/8/2018 at 09:00 AM. At least seven days before the initial status hearing, the parties shall file a joint written status report, not to exceed five pages in length. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.