**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| REBECCA CASTILLO, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 17-cv-09358 |
| | ) | |
| vs. | ) | Honorable Andrea R. Wood |
| | ) | |
| DICK BLICK HOLDING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Dick Blick Holding, Inc. ("Dick Blick") submits the following Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

Dick Blick has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: January 25, 2018

Respectfully submitted,

DICK BLICK HOLDING, INC.

By: ___/s/ Steven L. Baron___
One of its attorneys

Steven L. Baron (ARDC #6200868)
Mandell Menkes LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
Tel: (312) 251-1000
sbaron@mandellmenkes.com

*Counsel for Defendant, Dick Blick Holding, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 25, 2018, he caused a true and correct copy of the foregoing document to be electronically filed with the Court and a copy was sent to counsel of record via ECF.

/s/ Steven L. Baron