**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br>v.<br><br>DICK BLICK HOLDINGS, INC.,<br><br>Defendant. | Case No. 1:17-cv-09358<br><br>Honorable Andrea R. Wood<br><br>Magistrate Judge Jeffrey Cole |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rebecca Castillo and Defendant Dick Blick Holdings, Inc., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

*/s/ Rusty A. Payton*
Rusty A. Payton
Marc E. Dann
DANNLAW
115 S. LaSalle Street, Suite 2600
Chicago, IL 60603
notices@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*
Dated: February 23, 2018

*/s/ Steven L. Baron*
Steven L. Baron
Mandell Menkes LLC
1 North Franklin Street, Suite 3600
Chicago, IL 60606
Phone: 312-251-1000
sbaron@mandellmenkes.com
*Counsel for Defendant*
Dated: February 23, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton